IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORDYN T. GRAY                                       :          CIVIL ACTION
                                                    :
                                                    :
                                                    :
            v.                                      :
                                                    :
                                                    :
                                                    :
CAROLYN W. COLVIN                                   :          NO. 12-5331
ACTING COMMISSIONER OF SOCIAL SECURITY             :

## ORDER

AND NOW, this **31** day of **December**, 2013, upon consideration of

Plaintiff's Motion for Summary Judgment and brief in support thereof, Defendant's Response,

and the record herein, and, after review of the Report and Recommendation of M. Faith Angell,

United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is hereby **APPROVED AND ADOPTED.**

2. Plaintiff's Motion for Summary Judgment (Docket Entry No. 11) is **DENIED.**

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT CAROLYN W.
   COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, AND
   AGAINST PLAINTIFF JORDYN T. GRAY.**

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

EDUARDO C. ROBRENO, J.